■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY P. GRADY, SR., Appellant. [925 NYS2d 364]—Appeal from an order of the Yates County Court (W. Patrick Falvey, J.), entered March 17, 2010. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.